# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1337

_____

United States of America,        *
                                 *

        Appellee,         *

                                 *   Appeal from the United States
     v.                     *   District Court for the
                                 *   Eastern District of Missouri.

Armando Reyes,            *

                                 *   [UNPUBLISHED]
        Appellant.       *

_____

Submitted:  January 5, 2006
Filed:  January 20, 2006

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Armando Reyes pleaded guilty to conspiring to possess more than 50 kilograms of marijuana with intent to distribute, in violation of 21 U.S.C. § 846. The district court[1] sentenced him at the top of the advisory Guidelines range to 87 months in prison and 3 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967). For the reasons discussed below, we grant counsel's motion and affirm.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Counsel argues that the sentence imposed is unreasonable under the standard of review announced in *United States v. Booker*, 543 U.S. 220 (2005). However, a sentence within the advisory Guidelines range is presumptively reasonable, and we conclude that Reyes has not satisfied his burden to rebut that presumption of reasonableness. *See United States v. Lincoln*, 413 F.3d 716, 717-18 (8th Cir. 2005), *cert. denied*, 2005 WL 3067440 (U.S. Dec. 12, 2005) (No. 05-7506). Of particular relevance is his lengthy criminal history, including prior convictions for possessing or trafficking escalating quantities of marijuana.

After reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

_____